UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:16-CV-21273-RNS

GEORGE KIRSHAM HARRIS,
LUXON LABORIEUX, ARTURO
LACAYO and ERIC GAMARRA,

      Plaintiffs,

v.

SWISSPORT SA, LLC, f/k/a SERVISAIR
LLC, a Delaware limited liability company,
SWISSPORT CARGO SERVICES, L.P.,
a California limited partnership,

      Defendants.
_____/

## DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

Defendants, by and through their undersigned counsel and pursuant to the Court's Amended Scheduling Order (ECF No. 25), respectfully submit the Defendants' Proposed Voir Dire Questions.

### Proposed Voir Dire Questions

1. Have you ever been paid as a salaried employee without receiving overtime? If so, what was the job? Did you think that was appropriate? Why, or why not?

2. In general, do you think that most employers treat their employees fairly?

3. Have you ever participated in any way in any case alleging unpaid overtime, a violation of the Fair Labor Standards Act, or a pay dispute? If yes, please explain.

4. Have you or a member of your immediate family ever believed that you/he/she were/was denied overtime compensation? If so, please explain.

5. This is a case in which the Plaintiffs, Luxon Laborieux, Arturo Lacayo, and Eric Gamarra, claim they worked overtime hours for the Defendants, Swissport SA, LLC, and Swissport Cargo Services, L.P., for which they were not compensated at a rate of one and one-half times their regular rate of pay. Defendants deny these allegations, and state that Plaintiffs were properly classified as exempt employees under the executive exemption to the Fair Labor Standards Act (FLSA) and under the administrative exemption to the FLSA, and, as such, were properly compensated. Is there any reason that the subject matter of this trial would affect your ability to render a fair and impartial verdict?

Dated this 20th day of March, 2017.

Respectfully submitted,

*s/Meagan L. Martin*
Patrick M. Muldowney
Florida Bar No.: 0978396
E-Mail: pmuldowney@bakerlaw.com
Meagan L. Martin
Florida Bar No.: 0089657
E-Mail: mmartin@bakerlaw.com
**BAKER & HOSTETLER LLP**
Post Office Box 112
Orlando, Florida 32802-0112
Telephone: (407) 649-4000
Facsimile: (407) 841-0168

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Christopher F. Zacarias, Esquire
Law Offices of Christopher F. Zacarias, P.A.
5757 Blue Lagoon Drive
Suite 230
Miami, Florida 33126
E-Mail:  czacarias@zacariaslaw.com

                                              *s/Meagan L. Martin*
                                              Meagan L. Martin