United States District Court
for the
Southern District of Florida

| | |
|---|---|
| George Kirsham Harris, Luxon Luborieux, Arturo Lacayo, and Eric Gamarra, Plaintiffs,<br><br>v.<br><br>Swissport SA, LLC, and Swissport Cargo Services, LP, Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 16-21273-Civ-Scola<br>)<br>)<br>)<br>) |

### Order Adopting Magistrate's Report And Recommendation

This matter was referred to United States Magistrate Judge Alicia M. Otazo-Reyes for a report and recommendation on Defendants Swissport SA, LLC and Swissport Cargo Services, LP's motion for attorney's costs (ECF Nos. 70 & 71). On June 19, 2017, Judge Otazo-Reyes issued a report, recommending that the Court grant in part the motion and award Defendant Swissport Cargo, but not Defendant Swissport SA, costs in the amount of $3,157.85. (Report & Recommendations, ECF No. 74.) No objections have been filed and the time to object has passed. Having considered Judge Otazo-Reyes's report, the record, and the relevant legal authorities, this Court finds Judge Otazo-Reyes's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Otazo-Reyes's report and recommendation (ECF No. 74). The Court **grants in part** the Defendants' motion for costs (**ECF Nos. 70 & 71**). Consistent with the report, the Court awards **$3,157.85** in costs to Swissport Cargo, but not Swissport SA, to be paid by the Plaintiff, Eric Gamarra.

**Done and ordered** at Miami, Florida on July 31, 2017.

Robert N. Scola, Jr.
United States District Judge